E. BRYAN WILSON
Acting United States Attorney

ADAM ALEXANDER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov


C. ALDEN PELKER
Trial Attorney
U.S. Department of Justice
Computer Crime and Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, DC 20530
Phone: (202) 514-1026
Fax: (202) 514-6113
Email: catherine.pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAVEL TSURKAN, ) <br> ) <br> Defendant. ) <br> ) | No. 3:19-cr-00109-RRB-DMS <br><br> **UNOPPOSED MOTION FOR PROTECTIVE ORDER** |

The United States of America, by and through undersigned counsel, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

RESPECTFULLY SUBMITTED this 30th day of June, 2021 at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

By: /s/ *Adam Alexander*
Adam Alexander
Assistant United States Attorney
C. Alden Pelker
Trial Attorney, U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2021, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

*s/ Adam Alexander*
ADAM ALEXANDER
Assistant U.S. Attorney