S. LANE TUCKER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

C. ALDEN PELKER
Senior Counsel
U.S. Department of Justice
Computer Crime and Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, DC 20530
Phone: (202) 514-1026
Email: Catherine.Pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:19-cr-00109-RRB-MMS |
| Plaintiff, | ) | |
| v. | ) | |
| PAVEL TSURKAN., | ) | |
| Defendant. | ) | |

**NOTICE OF STIPULATION TO RESTITUTION**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that the parties stipulate to the amount of restitution of $14,800 payable to GCI Communication Corporation as reflected in the letter from GCI Chief Information Security Officer Mark Strong attached as exhibit one to this motion. Mr. Tsurkan's counsel, Mr. Einhorn, has stipulated to this amount in email correspondence with the undersigned, and the parties jointly request that restitution be so imposed in the final judgment and that the restitution hearing currently calendared for March 24, 2023, be vacated accordingly.

RESPECTFULLY SUBMITTED March 23, 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023,
a true and correct copy of the foregoing was
served electronically on the following:

Jonathan Einhorn

s/ Adam Alexander
Office of the U.S. Attorney

*U.S. v. Tsurkan*
3:19-cr-00109-RRB-MMS          Page 2 of 2